# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

MICHAEL BRANNAN AND, STACY
STONE, INDIVIDUALLY AND ON
BEHALF OF THEIR DECEASED WIFE
AND MOTHER, DEBORAH BRANNAN

VERSUS

DEVANG LODHAVIA, MD; ESTATE OF
MARIO BELTRAN, MD; EAST BATON
ROUGE MEDICAL CENTER D/B/A
OCHSNER MEDICAL CENTER—BATON
ROUGE; NICOLE JOHNSON-SMITH,
RN; EDWARD WILLETT, MD; JON M.
CUBA, MD; LEXINGTON INSURANCE
COMPANY; PROASSURANCE SPECIALTY
INSURANCE; LOUISIANA MEDICAL
MUTUAL INSURANCE COMPANY
(LAMMICO); INTERSTATE FIRE &
CASUALTY INSURANCE COMPANY

NO.  2021 CW 1520

**JANUARY 31, 2022**

---

In Re:   Estate of Mario Beltran, M.D., applying for
         supervisory writs, 19th Judicial District Court,
         Parish of East Baton Rouge, No. 683,452.

---

**BEFORE:   McDONALD, LANIER, AND WOLFE, JJ.**

**WRIT DENIED.**

                         JMM
                         WIL
                         EW

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT